892 A.2d 578

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Charles D. YATES, Respondent.

Misc. Docket AG No. 80, Sept. Term, 2005.

Court of Appeals of Maryland.

Feb. 14, 2006.

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent submitted by the Attorney Grievance Commission of Maryland, Petitioner, and Charles D. Yates, Respondent. The Court having considered the Petition, it is this 14th day of February, 2006,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Charles D. Yates, be, and he is hereby, reprimanded for his violation of Rules 1.3 and 8.4(d) of the Maryland Rules of Professional Conduct.